■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON BERMUDEZ, Appellant. [778 NYS2d 684]—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered April 29, 2002, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant's challenges to the prosecutor's cross-examination are unpreserved (*see People v Gonzalez*, 55 NY2d 720 [1981]; *People v Medina*, 53 NY2d 951 [1981]), and we decline to review them in the interest of justice. Were we to review these claims, we would find that nothing in the cross-examination of defendant shifted the burden of proof or deprived defendant of a fair trial (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]). Concur—Nardelli, J.P., Mazzarelli, Andrias, Gonzalez and Sweeny, JJ.